Marta Palacios, Bar No. 206018
  mpalacios@perkinscoie.com
Farschad Farzan, Bar No. 215194
  ffarzan@perkinscoie.com
Euphemia N. Thomopulos, Bar No. 262107
  ethomopulos@perkinscoie.com
**PERKINS COIE LLP**
Four Embarcadero Center, Suite 2400
San Francisco, CA  94111-4131
Telephone: 415.344.7000
Facsimile: 415.344.7050

Attorneys for Plaintiff
LaTanya Marie Session

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LaTanya Marie Session,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>PLM Lender Services, Inc., Monterey Bay Resources, Inc., Betsy Bliss, Graham Stokes, Michael B. Reinhold, William S. Cassilly, Julie Oak, Kenneth M. Kimmey, Blake Cesarin, Lorelei Helm, Cheryl M. Haley, Howard Eddy, Ty Ebright, Ann Ebright, Contanz Frie, Howard J. Lim, Reiko K. Lim, Matthew Lopez, and Does 1-50,<br><br>Defendant(s). | CASE NO. CV 10-4942 JL<br><br>**PLAINTIFF LATANYA MARIE SESSION'S REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**<br><br>Date:　　February 2, 2011<br>Time:　　10:30 a.m.<br>Ctrm.:　　Courtroom F, 15th Floor<br>Judge:　　The Hon. James Larson |

Plaintiff LaTanya Marie Session ("Ms. Session") respectfully submits this Request to Continue Case Management Conference and Proposed Order.

1.　The case management conference in the above-entitled matter is currently scheduled for February 2, 2011.

2.　Ms. Session is currently a defendant in an un-related unlawful detainer matter involving the property and mortgages at issue in the above-entitled matter. That matter is pending in San Francisco Superior Court, Case No. CUD-10-632243 ("UD Action"). One of the defendants in the above-entitled matter, Defendant Ann Ebright, is the plaintiff in the UD Action.

| | |
|---|---|
| 1 | 3. On December 22, 2010, the parties to the UD Action entered into active settlement |
| 2 | negotiations and reached a tentative agreement. Under the tentative agreement, Ms. Session will |
| 3 | gain title to the underlying property at issue, with certain conditions. Should the parties in the |
| 4 | UD Action finalize the agreement, then Ms. Session would dismiss the above-entitled matter as |
| 5 | her claims for title would be moot. Because of the pending settlement negotiations in the UD |
| 6 | Action, none of the defendants in the above-entitled action have been served the Complaint. |
| 7 | Ms. Session, therefore, respectfully requests the Court continue the case management |
| 8 | conference currently scheduled for February 2, 2011, for at least 30 days, until March 2, 2011. |
| 9 | The requested continuance will allow the parties in the UD Action to finalize the negotiated |
| 10 | tentative settlement agreement and determine whether Ms. Session will be pursuing or dismissing |
| 11 | her claims in the above-entitled matter. |

DATED: January 11, 2010

**PERKINS COIE LLP**

By: _____/s/_____
Euphemia N. Thomopulos

Attorneys for Plaintiff
LaTanya Marie Session

- 2 -
PLAINTIFF'S REQUEST AND [PROPOSED] ORDER TO CONTINUE CMC
CASE NO. CV 10-4942 JL
70713-0002/LEGAL19956589.2

|   |   |   |
|---|---|---|
| 1 | **WITH GOOD CAUSE APPEARING, IT IS SO ORDERED** that the case management | |
| 2 | conference currently scheduled for February 2, 2011 will be continued until | |
| 3 | March 2, 2011. | |
| 4 | | |
| 5 | DATED: January 12, 2011 | */s/ James Larson* |
| 6 | | Hon. James Larson |
| 7 | | U.S. District Court Judge |

- 3 -
PLAINTIFF'S REQUEST AND [PROPOSED] ORDER TO CONTINUE CMC
CASE NO. CV 10-4942 JL
70713-0002/LEGAL19956589.2