1 | Marta Palacios, Bar No. 206018
   | mpalacios@perkinscoie.com
2 | Farschad Farzan, Bar No. 215194
   | ffarzan@perkinscoie.com
3 | Euphemia N. Thomopulos, Bar No. 262107
   | ethomopulos@perkinscoie.com
4 | **PERKINS COIE LLP**
   | Four Embarcadero Center, Suite 2400
5 | San Francisco, CA  94111-4131
   | Telephone: 415.344.7000
6 | Facsimile: 415.344.7050

Attorneys for Plaintiff
LaTanya Marie Session

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LaTanya Marie Session,<br><br>     Plaintiff,<br><br>     v.<br><br>PLM Lender Services, Inc., Monterey Bay Resources, Inc., Betsy Bliss, Graham Stokes, Michael B. Reinhold, William S. Cassilly, Julie Oak, Kenneth M. Kimmey, Blake Cesarin, Lorelei Helm, Cheryl M. Haley, Howard Eddy, Ty Ebright, Ann Ebright, Contanz Frie, Howard J. Lim, Reiko K. Lim, Matthew Lopez, and Does 1-50,<br><br>     Defendant(s). | CASE NO. CV 10-4942 JL<br><br>PLAINTIFF LATANYA MARIE SESSION'S REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER<br><br>Date:  March 2, 2011<br>Time:  10:30 a.m.<br>Ctrm.:  Courtroom F, 15th Floor<br>Judge: The Hon. James Larson |

Plaintiff LaTanya Marie Session ("Ms. Session") respectfully submits this Request to Continue Case Management Conference and Proposed Order.

1. On January 12, 2011, the Court in the above-entitled matter entered an Order continuing the case management conference formerly scheduled for February 2, 2011 to March 2, 2011.

2. Ms. Session is currently a defendant in an unlawful detainer matter involving the property and mortgages at issue in the above-entitled matter.  That matter is pending in San

1  Francisco Superior Court, Case No. CUD-10-632243 ("UD Action"). One of the defendants in
2  the above-entitled matter, Defendant Ann Ebright, is the plaintiff in the UD Action.

3       3.     On December 22, 2010, the parties to the UD Action reached a tentative
4  agreement. Under the tentative agreement, Ms. Session will gain title to the underlying property
5  at issue, with certain conditions. Should the parties in the UD Action finalize the agreement, then
6  Ms. Session would dismiss the above-entitled matter as her claims for title would be moot.
7  Because of the pending tentative settlement in the UD Action, none of the defendants in the
8  above-entitled action have been served the Complaint.

9       4.     The parties to the UD Action are currently in the process of resolving issues
10 related to title of the underlying property at issue. Therefore, the parties are still working to
11 finalize the settlement agreement.

12     Ms. Session, therefore, respectfully requests this Court continue the case management
13 conference currently scheduled for March 2, 2011, for at least 60 days, until May 4, 2011. The
14 requested continuance will allow the parties in the UD Action to finalize the negotiated tentative
15 settlement agreement and determine whether Ms. Session will be pursuing or dismissing this
16 matter.

18 DATED: February 8, 2011         **PERKINS COIE LLP**

19                                   By: /s/
20                                     Euphemia N. Thomopulos

21                                   Attorneys for Plaintiff
                                  LaTanya Marie Session

| | |
|---|---|
| 1 | **WITH GOOD CAUSE APPEARING, IT IS SO ORDERED** that the case management |
| 2 | conference currently scheduled for March 2, 2011 will be continued until |
| 3 | May 11, 2011. |
| 4 | |
| 5 | DATED: February 9, 2011 |
| 6 | Hon. James Larson |
|   | U.S. District Court Judge |