```
1   Marta Palacios, Bar No. 206018
        mpalacios@perkinscoie.com
2   Farschad Farzan, Bar No. 215194
        ffarzan@perkinscoie.com
3   Euphemia N. Thomopulos, Bar No. 262107
        ethomopulos@perkinscoie.com
4   PERKINS COIE LLP
    Four Embarcadero Center, Suite 2400
5   San Francisco, CA 94111-4131
    Telephone: 415.344.7000
6   Facsimile: 415.344.7050

7   Attorneys for Plaintiff
    LaTanya Marie Session
8
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| LaTanya Marie Session, | CASE NO. CV 10-4942 JL |
|---|---|
| Plaintiff, | PLAINTIFF LATANYA MARIE SESSION'S REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER |
| v. | |
| PLM Lender Services, Inc., Monterey Bay Resources, Inc., Betsy Bliss, Graham Stokes, Michael B. Reinhold, William S. Cassilly, Julie Oak, Kenneth M. Kimmey, Blake Cesarin, Lorelei Helm, Cheryl M. Haley, Howard Eddy, Ty Ebright, Ann Ebright, Contanz Frie, Howard J. Lim, Reiko K. Lim, Matthew Lopez, and Does 1-50, | Date: May 11, 2011<br>Time: 10:30 a.m.<br>Ctrm.: Courtroom F, 15th Floor<br>Judge: The Hon. James Larson |
| Defendant(s). | |

Plaintiff LaTanya Marie Session ("Ms. Session") respectfully submits this Request to Continue Case Management Conference and Proposed Order.

1. On February 9, 2011, the Court in the above-entitled matter entered an Order continuing the case management conference formerly scheduled for March 2, 2011 to May 11, 2011.

2. Ms. Session is still a defendant in an unlawful detainer matter involving the property and mortgages at issue in the above-entitled matter. That matter is pending in San

---

PLAINTIFF'S REQUEST AND [PROPOSED] ORDER TO CONTINUE CMC
CASE NO. CV 10-4942 JL
70713-0003/LEGAL20620471.1

Francisco Superior Court, Case No. CUD-10-632243 ("UD Action"). One of the defendants in the above-entitled matter, Defendant Ann Ebright, is the plaintiff in the UD Action.

3. On December 22, 2010, the parties to the UD Action reached a tentative agreement. Under the tentative agreement, Ms. Session will gain title to the underlying property at issue, with certain conditions. Should the parties in the UD Action finalize the agreement, then Ms. Session would dismiss the above-entitled matter as her claims for title would be moot. Because of the pending tentative settlement in the UD Action, none of the defendants in the above-entitled action have been served the Complaint.

4. The parties to the UD Action are still in the process of resolving issues related to title of the underlying property at issue, which requires further investigation. Therefore, the parties are still working to finalize the settlement agreement.

Ms. Session, therefore, respectfully requests this Court continue the case management conference currently scheduled for May 11, 2011, for at least 45 days, until June 27, 2011. The requested continuance will allow the parties in the UD Action to finalize their investigations and the negotiated tentative settlement agreement and determine whether Ms. Session will be pursuing or dismissing this matter.

DATED: April 11, 2011                    **PERKINS COIE LLP**

                                         By:_____/s/_____
                                             Euphemia N. Thomopulos

                                         Attorneys for Plaintiff
                                         LaTanya Marie Session

- 2 -
PLAINTIFF'S REQUEST AND [PROPOSED] ORDER TO CONTINUE CMC
CASE NO. CV 10-4942 JL
70713-0003/LEGAL20620471.1

1  **WITH GOOD CAUSE APPEARING, IT IS SO ORDERED** that the case management
2  conference currently scheduled for May 11, 2011 will be continued until JUNE 15, 2011.
3  at 10:30 a.m.

4  DATED: 4-12-11                    _____
5                                     Hon. James Larson
                                       U.S. District Court Judge

- 3 -
PLAINTIFF'S REQUEST AND [PROPOSED] ORDER TO CONTINUE CMC
CASE NO. CV 10-4942 JL
70713-0003/LEGAL20620471.1