IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LATANYA MARIE SESSION,

    Plaintiff,

v.

PLM LENDER SERVICES, INC., MONTEREY BAY RESOURCES, INC., BETSY BLISS, GRAHAM STOKES, MICHAEL B. REINHOLD, WILLIAM S. CASSILLY, JULIE OAK, KENNETH M. KIMMEY, BLAKE CESARIN, LORELEI HELM, CHERYL M. HALEY, HOWARD EDDY, TY EBRIGHT, ANN EBRIGHT, CONTANZ FRIE, HOWARD J. LIM, REIKO K. LIM, MATTHEW LOPEZ, and DOES 1–50,

    Defendants.

                   /

No. C10-04942 WHA

**ORDER DENYING REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**

      The Court **DENIES** plaintiff's request to continue the case management for another two months. Please come in on **SEPTEMBER 1, 2011, AT 11:00 A.M.**

      **IT IS SO ORDERED.**

Dated: August 26, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE