United States District Court

For the Northern District of California

1
2
3
4
5
6

IN THE UNITED STATES DISTRICT COURT

7

FOR THE NORTHERN DISTRICT OF CALIFORNIA

8
9
10

LATANYA MARIE SESSION,

11

            Plaintiff,                                          No. C10-04942 WHA

12

    v.

13

PLM LENDER SERVICES, INC., MONTEREY                **AMENDED ORDER**
BAY RESOURCES, INC., BETSY BLISS,                  **DENYING REQUEST**

14

GRAHAM STOKES, MICHAEL B. REINHOLD,                **TO CONTINUE CASE**
WILLIAM S. CASSILLY, JULIE OAK, KENNETH            **MANAGEMENT**

15

M. KIMMEY, BLAKE CESARIN, LORELEI                  **CONFERENCE**
HELM, CHERYL M. HALEY, HOWARD EDDY,

16

TY EBRIGHT, ANN EBRIGHT, CONTANZ FRIE,
HOWARD J. LIM, REIKO K. LIM, MATTHEW

17

LOPEZ, and DOES 1–50,

18

            Defendants.

19

                                                      /

20

        The Court **DENIES** plaintiff's request to continue the case management for another two

21

months.  Please come in on *SEPTEMBER 15, 2011, AT 11:00 A.M.*

22
23

        **IT IS SO ORDERED.**

24

Dated:  August 29, 2011.

25

                                                WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE

26
27
28