**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATANYA MARIE SESSION,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>PLM LENDER SERVICES INC., MONTEREY BAY RESOURCES, INC., BETSY BLISS, GRAHAM STOKES, MICHAEL B. REINHOLD, WILLIAM S. CASSILLY, JULIE OAK, KENNETH M. KIMMEY, BLAKE CESARIN, LORELEI HELM, CHERYL M. HALEY, HOWARD EDDY, TY EBRIGHT, ANN EBRIGHT, CONTANZ FRIE, HOWARD J. LIM, REIKO K. LIM, MATTHEW LOPEZ, and DOES 1–50,<br><br>　　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　/ | No. C 10-04942 WHA<br><br>**NOTICE RE BRIEFING SCHEDULE** |

　　　　On October 26, 2011, defendants Ty Ebright, Monterey Bay Resourecs, Inc, and Ann Ebright provided notice of motion and filed a motion to dismiss the complaint (Dkt. No. 39). The Electronic Case Filing system indicates that defendants entered November 17, 2011, as the deadline for the response brief, and November 23, as the deadline for the reply. Defendants did not have leave of court to alter the briefing schedule set by the local rules.

　　　　Pursuant to Civil Local Rule 7-3, the opposition brief is due 14 days after the motion is served and filed. The reply is due seven days after the opposition is served and filed. The opposition brief is due **NOVEMBER 9**. The reply brief is due seven days after the opposition is

served and filed. Defendants renoticed the motion on October 27. Pursuant to Civil Local Rule 7-7(d), this does not affect the briefing schedule.

**IT IS SO ORDERED.**

Dated: October 31, 2011.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2