samuel e. goldstein & associates
samuel e. goldstein      (sbn 076559)
elizabeth r. Leitzinger      (sbn 259677)
1777 botelho drive, suite 345
walnut creek, california 94596-5084
telephone:       (925) 906-4700
facsimile:       (925) 906-4703

Attorney for Ty Ebright, Monterey Bay Resources, Inc.
and Ann Ebright

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

[SAN FRANCISCO DIVISION]

| | |
|---|---|
| LaTanya Marie Session, | NO. CV10-4942 |
| Plaintiff, | [proposed] ORDER DISMISSING SPECIFIED DEFENDANTS FOR PLAINTIFF'S FAILURE TO SERVE |
| vs. | |
| PLM Lender Services, Inc., Monterey Bay Resources, Inc., Betsy Bliss, Graham, Stokes, Michael B. Reinhold, William S. Cassilly, Julie Oak, Kenneth M. Kimmey, Blake Cesarin, Lorelei Helm, Cheryl M. Haley, Howard Eddy, Ty Ebright, Ann Ebright, Contanz Frie, Howard J. Lim, Reiko K. Lim, Matthew Lopez, and Does 1 - 50, | |
| Defendants. | |

On October 27, 2011 the Court, the Hon. William Alsup presiding, considered whether the named defendants who were not served with the summons and complaint in this action should be dismissed. Samuel E. Goldstein, of Samuel E. Goldstein & Associates appeared for defendants Ty Ebright, Monterey Bay Resources, Inc., and Ann Ebright. Farschad Farzan and Euphemia Thomopulos of Perkins & Coie appeared for plaintiff LaTanya Marie Session. There were no other appearances.

The Court noted that plaintiff's complaint was filed on November 1, 2010. The record shows that on September 16, 2011 the Court ordered that all defendants be served with the summons and complaint on or before September 30, 2011, and that other than defendants represented by Mr. Goldstein, and defendants Constanz Frei, PLM Lenders Services, Inc., and Matthew Lopez, none of

the named defendants were claimed to have been served by plaintiff or her counsel. Good cause appearing:

**IT IS HEREBY ORDERED AS FOLLOWS**

The following named defendants are dismissed from this action: BETSY BLISS, GRAHAM STOKES, MICHAEL B. REINHOLD, WILLIAM S. CASSILLY, JULIE, OAK, KENNETH M. KIMMEY, BLAKE CESARIN, LORELEI HELM, CHERYL M. HALEY, HOWARD EDDY, HOWARD J. LIM, and REIKO K. LIM.

DATED: November 7, 2011.

William Alsup
UNITED STATES DISTRICT JUDGE