IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LATANYA MARIE SESSION,

    Plaintiff,

v.

PLM LENDER SERVICES, INC., MONTEREY BAY RESOURCES, INC., BETSY BLISS, GRAHAM STOKES, MICHAEL B. REINHOLD, WILLIAM S. CASSILLY, JULIE OAK, KENNETH M. KIMMEY, BLAKE CESARIN, LORELEI HELM, CHERYL M. HALEY, HOWARD EDDY, TY EBRIGHT, ANN EBRIGHT, CONSTANZ FRIE, HOWARD J. LIM, REIKO K. LIM, MATTHEW LOPEZ, and DOES 1–50,

    Defendants.

No. C 10-04942 WHA

**ORDER RE HEARING ON MOTION TO DISMISS**

    Defendants' motion to dismiss has raised issues regarding plaintiff's mental capacity to pursue this action. Plaintiff's complaint states that her daughter, Johnetta George, has power of attorney to make decisions on behalf of her mother. In order to address this issues, plaintiff must appear at the December 8 hearing on the motion to dismiss. Ms. George should also be present at the hearing along with her resume.

    **IT IS SO ORDERED.**

Dated: November 29, 2011.

                              WILLIAM ALSUP
                              UNITED STATES DISTRICT JUDGE