**United States District Court**
For the Northern District of California

1
2
3
4
5
6           IN THE UNITED STATES DISTRICT COURT
7
8           FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10   LATANYA MARIE SESSION,                    No. C 10-04942 WHA
11              Plaintiff,
12      v.                                     **ORDER RESCHEDULING
                                               HEARING ON MOTION
13   PLM LENDER SERVICES INC., MONTEREY        TO DISMISS**
     BAY RESOURCES, INC., BETSY BLISS,
14   GRAHAM STOKES, MICHAEL B. REINHOLD,
     WILLIAM S. CASSILLY, JULIE OAK,
15   KENNETH M. KIMMEY, BLAKE CESARIN,
     LORELEI HELM, CHERYL M. HALEY,
16   HOWARD EDDY, TY EBRIGHT, ANN
     EBRIGHT, CONTANZ FRIE, HOWARD J. LIM,
17   REIKO K. LIM, MATTHEW LOPEZ, and DOES
     1–50,
18
                Defendants.
19   _____/
20
21          The hearing on the motion to dismiss scheduled for December 8, 2011, at 8 a.m. is
22   RESCHEDULED to DECEMBER 22, 2011, AT 8 A.M.
23
24          IT IS SO ORDERED.
25
26   Dated:  December 1, 2011.                  _____
                                                WILLIAM ALSUP
27                                              UNITED STATES DISTRICT JUDGE
28