**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7                       IN THE UNITED STATES DISTRICT COURT
8
9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11   LATANYA MARIE SESSION,                         No. C 10-04942 WHA
12              Plaintiff,
13      v.                                          **ORDER RE HEARING ON**
                                                    **DECEMBER 22 FOR**
14   PLM LENDER SERVICES INC., MONTEREY             **MOTION TO DISMISS**
     BAY RESOURCES, INC., BETSY BLISS,
15   GRAHAM STOKES, MICHAEL B. REINHOLD,
     WILLIAM S. CASSILLY, JULIE OAK, KENNETH
16   M. KIMMEY, BLAKE CESARIN, LORELEI
     HELM, CHERYL M. HALEY, HOWARD EDDY,
17   TY EBRIGHT, ANN EBRIGHT, CONTANZ FRIE,
     HOWARD J. LIM, REIKO K. LIM, MATTHEW
18   LOPEZ, and DOES 1–50,
19              Defendants.
20   _____/
21           By order dated November 29, 2011, plaintiff Latanya Marie Session was ordered to
22   appear at the hearing on the motion to dismiss, which was then scheduled for December 8, 2011.
23   In order to address issues raised in the motion to dismiss regarding plaintiff's mental capacity,
24   Johnetta George, plaintiff's daughter, who plaintiff states in her complaint has power of attorney,
25   was requested to be present at the hearing with her resume.  The hearing on the motion to dismiss
26   was rescheduled for December 22, 2011, at 8 a.m.  Plaintiff Session and Ms. George are both
27
28

1   ordered to be present at the hearing on December 22, in order for the issues regarding plaintiff's

2   capacity to be addressed..

3

4        **IT IS SO ORDERED.**

5

6   Dated:  December 20, 2011.



7                                                          WILLIAM ALSUP
                                                           UNITED STATES DISTRICT JUDGE
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2