United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATANYA MARIE SESSION,<br><br>    Plaintiff,<br><br>  v.<br><br>PLM LENDER SERVICES INC., MONTEREY BAY RESOURCES, INC., BETSY BLISS, GRAHAM STOKES, MICHAEL B. REINHOLD, WILLIAM S. CASSILLY, JULIE OAK, KENNETH M. KIMMEY, BLAKE CESARIN, LORELEI HELM, CHERYL M. HALEY, HOWARD EDDY, TY EBRIGHT, ANN EBRIGHT, CONTANZ FRIE, HOWARD J. LIM, REIKO K. LIM, MATTHEW LOPEZ, and DOES 1–50,<br><br>    Defendants.<br>                                                  / | No. C 10-04942 WHA<br><br>**ORDER RE HEARING ON DECEMBER 22 FOR MOTION TO DISMISS** |

      By order dated November 29, 2011, plaintiff Latanya Marie Session was ordered to appear at the hearing on the motion to dismiss, which was then scheduled for December 8, 2011. In order to address issues raised in the motion to dismiss regarding plaintiff's mental capacity, Johnetta George, plaintiff's daughter, who plaintiff states in her complaint has power of attorney, was requested to be present at the hearing with her resume. The hearing on the motion to dismiss was rescheduled for December 22, 2011, at 8 a.m. Plaintiff Session and Ms. George are both

ordered to be present at the hearing on December 22, in order for the issues regarding plaintiff's capacity to be addressed..

**IT IS SO ORDERED.**

Dated:  December 20, 2011.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE