Marta Palacios, Bar No. 206018
  mpalacios@perkinscoie.com
Farschad Farzan, Bar No. 215194
  ffarzan@perkinscoie.com
Euphemia N. Thomopulos, Bar No. 262107
  ethomopulos@perkinscoie.com
**PERKINS COIE LLP**
Four Embarcadero Center, Suite 2400
San Francisco, CA  94111-4131
Telephone:  415.344.7000
Facsimile:  415.344.7050

Attorneys for Plaintiff
LaTanya Marie Session

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| LaTanya Marie Session, | Case No. 10-CV-04942 WHA |
|---|---|
| Plaintiff, | ~~[PROPOSED]~~ **ORDER APPOINTING GUARDIAN AD LITEM PURSUANT TO FRCP 17 AND CCP 372(a)** |
| v. | |
| PLM Lender Services, Inc., Monterey Bay Resources, Inc., Betsy Bliss, Graham Stokes, Michael B. Reinhold, William S. Cassilly, Julie Oak, Kenneth M. Kimmey, Blake Cesarin, Lorelei Helm, Cheryl M. Haley, Howard Eddy, Ty Ebright, Ann Ebright, Contanz Frie, Howard J. Lim, Reiko K. Lim, Matthew Lopez, and Does 1-50, | |
| Defendant(s). | |

- 2 -

Defendants Ty Ebright, Ann Ebright and Monterey Bay Resources, Inc.'s Motion to Dismiss Plaintiff's Complaint came on for hearing at 8:00 a.m. on December 22, 2011. Pursuant to Federal Rule of Civil Procedure 17 and California Code of Civil Procedure section 372(a), this Court, having reviewed the pleadings, papers and arguments of counsel regarding Plaintiff LaTanya Marie Session's ("Ms. Session") capacity to bring suit, FINDS as follows:

1. That, as stated in Ms. Session's December 20, 2011 Response to the Court's December 20, 2011 Order Regarding Hearing on Defendants' Motion to Dismiss, Ms. Session and her daughter Johnetta George, who currently holds a general power of attorney, do not oppose the Court's appointment of a guardian *ad litem* to litigate on Ms. Session's behalf;

2. At the December 22, 2011 hearing, counsel for Ms. Session requested the Court conduct an inquiry as to Ms. Session's capacity;

3. The Court conducted an oral inquiry of Ms. Session and questioned the proposed guardian *ad litem*, Bess Kennedy ("Ms. Kennedy"), an attorney from the law firm of Bingham McCutchen LLP;

4. Ms. Kennedy agreed to act as Ms. Session's guardian *ad litem* on a pro bono basis with respect to this litigation, including potential settlement; and

5. After conducting its inquiry, but without making a formal finding as to Ms. Session's capacity, this Court appointed Ms. Kennedy as Ms. Session's guardian *ad litem* for this litigation.

THEREFORE, IT IS HEREBY ORDERED that Ms. Kennedy shall act as Ms. Session's guardian *ad litem* on a pro bono basis for the duration of this matter.

DATED: January 5, 2012.

_____
William Alsup
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER APPOINTING GUARDIAN AD LITEM
CASE NO. CV 10-4942 WHA
70713-0003/LEGAL22430379.1