United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATANYA MARIE SESSION,<br><br>    Plaintiff,<br><br>  v.<br><br>PLM LENDER SERVICES, INC., MONTEREY BAY RESOURCES, INC., BETSY BLISS, GRAHAM STOKES, MICHAEL B. REINHOLD, WILLIAM S. CASSILLY, JULIE OAK, KENNETH M. KIMMEY, BLAKE CESARIN, LORELEI HELM, CHERYL M. HALEY, HOWARD EDDY, TY EBRIGHT, ANN EBRIGHT, CONSTANZ FRIE, HOWARD J. LIM, REIKO K. LIM, MATTHEW LOPEZ, and DOES 1–50,<br><br>    Defendants.<br>                                                    / | No. C 10-04942 WHA<br><br>**ORDER TO SHOW CAUSE AND VACATING HEARING** |

On January 19, 2012, plaintiff LaTanya Marie Session filed a motion for leave to file a first amended complaint. Pursuant to Civil Local Rule 7-3, defendants' opposition or statement of non-opposition "must be served and filed not more than 14 days after the motion is served and filed." None was filed. Defendants are hereby **ORDERED TO SHOW CAUSE** why the motion should not be granted for failure to oppose. A written response is due **BY NOON ON FRIDAY, FEBRUARY 10, 2012**. The hearing set for March 1, is hereby **VACATED**.

**IT IS SO ORDERED.**

Dated: February 3, 2012.

                                              WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE