IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATANYA MARIE SESSION,<br><br>    Plaintiff,<br><br>  v.<br><br>PLM LENDER SERVICES, INC., MONTEREY BAY RESOURCES, INC., BETSY BLISS, GRAHAM STOKES, MICHAEL B. REINHOLD, WILLIAM S. CASSILLY, JULIE OAK, KENNETH M. KIMMEY, BLAKE CESARIN, LORELEI HELM, CHERYL M. HALEY, HOWARD EDDY, TY EBRIGHT, ANN EBRIGHT, CONSTANZ FRIE, HOWARD J. LIM, REIKO K. LIM, MATTHEW LOPEZ, and DOES 1–50,<br><br>    Defendants.<br>                                                          / | No. C 10-04942 WHA<br><br>**ORDER FINDING GOOD CAUSE SHOWN AND SETTING BRIEFING AND HEARING SCHEDULE** |

On February 3, 2012, an order to show cause issued why plaintiff LaTanya Marie Session's motion for leave to file a first amended complaint should not be granted for failure to oppose. Defendants Ty Ebright, Monterey Bay Resources, Inc., Ann Ebright, and Constanz Frie, timely responded to the order to show cause and appended their opposition to the motion for leave to file a first amended complaint. Good cause having been found, the opposition is deemed filed as of the date of this order. The reply brief is due **FEBRUARY 15**. The motion hearing is set for **MARCH 8, 2012 AT 8 A.M.**

**IT IS SO ORDERED.**

Dated: February 7, 2012.

                                                  WILLIAM ALSUP
                                                  UNITED STATES DISTRICT JUDGE