**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LATANYA MARIE SESSION,

    Plaintiff,

v.

PLM LENDER SERVICES, INC., MONTEREY BAY RESOURCES, INC., BETSY BLISS, GRAHAM STOKES, MICHAEL B. REINHOLD, WILLIAM S. CASSILLY, JULIE OAK, KENNETH M. KIMMEY, BLAKE CESARIN, LORELEI HELM, CHERYL M. HALEY, HOWARD EDDY, TY EBRIGHT, ANN EBRIGHT, CONSTANZ FRIE, HOWARD J. LIM, REIKO K. LIM, MATTHEW LOPEZ, and DOES 1–50,

    Defendants.

 /

No. C 10-04942 WHA

**ORDER FINDING GOOD CAUSE SHOWN AND EXTENDING BRIEFING SCHEDULE**

An order to show cause issued why plaintiff LaTanya Marie Session's motion for leave to file a first amended complaint should not be granted for failure to oppose. Defendants Ty Ebright, Monterey Bay Resources, Inc., Ann Ebright, and Constanz Frie timely responded to the order to show cause and appended an opposition to the motion for leave to file a first amended complaint. The Court found good cause and deemed the opposition brief filed. A hearing date on the motion was set for March 8, 2012, at 8 a.m. and the reply was ordered due February 15.

Defendant PLM Lender Services, Inc., timely responded to the order to show casue via a separate filing and also submitted an opposition to the motion, indicating that in accordance with provisions of California Civil Code Section 2924l, PLM is no longer a party to this action. Good

cause having been found, PLM's opposition brief is deemed filed. The date by which the reply brief is due is extended to **FEBRUARY 17, 2012**. The hearing date remains the same.

**IT IS SO ORDERED.**

Dated: February 9, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California