IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BESS KENNEDY, as guardian *Ad Litem* for LATANYA MARIE SESSION,<br><br>    Plaintiff,<br><br>    v.<br><br>PLM LENDER SERVICES INC, MONTEREY BAY RESOURCES, INC., BETSY BLISS, GRAHAM STOKES, MICHAEL B. REINHOLD, WILLIAM S. CASSILLY, JULIE OAK, KENNETH M. KIMMEY, BLAKE CESARIN, LORELEI HLEM, CHERYL M. HALEY, HOWARD EDDY, TY EBRIGHT, ANN EBRIGHT, CONTANZ FRIE, HOWARD J. LIM, REIKO K. LIM, MATTHEW LOPEZ, and DOES 1–50,<br><br>    Defendants.<br>                                                                    / | No. C 10-04942 WHA<br><br>**NOTICE REQUESTING SUPPLEMENTAL SUBMISSIONS** |

On January 19, plaintiff moved for leave to file a first amended complaint on the ground that the proposed amendments would cure deficiencies in the original pleading (Dkt. No. 65). Defendants Ty Ebright, Ann Ebright, Constanz Frie, and Monterey Bay Resources, Inc., filed an opposition on February 6.

Plaintiff is also party to an unlawful detainer action in San Francisco Superior Court involving the subject property. Defendants' opposition alleges the existence of an executed and enforceable global settlement agreement dated December 22, 2010, under which plaintiff agreed to dismiss this action with prejudice no later than January 7, 2011 (Goldstein Decl. Exh. B).

1 Plaintiff contests the force of that agreement, stating that it represented only a preliminary
2 statement and was never formally approved (Thomopulos Decl. ¶5).  Defendant Ann Ebright
3 separately moved in the San Francisco Superior Court for an order enforcing that settlement.
4 Ebright's motion was scheduled to be heard on March 2, 2012 (*id*. ¶¶ 3, 5–7, 10).

5 Each party must advise the Court of the status of the pending motion to enforce the
6 alleged global settlement agreement by **5:00 P.M. TODAY, MARCH 5, 2012.**

8 **IT IS SO ORDERED.**

10 Dated:  March 5, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE