IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BESS KENNEDY, as guardian *ad litem* for
LATANYA MARIE SESSION,

    Plaintiff,

  v.

PLM LENDER SERVICES INC,
MONTEREY BAY RESOURCES, INC.,
BETSY BLISS, GRAHAM STOKES,
MICHAEL B. REINHOLD, WILLIAM S.
CASSILLY, JULIE OAK, KENNETH M.
KIMMEY, BLAKE CESARIN, LORELEI
HLEM, CHERYL M. HALEY, HOWARD
EDDY, TY EBRIGHT, ANN EBRIGHT,
CONTANZ FRIE, HOWARD J. LIM,
REIKO K. LIM, MATTHEW LOPEZ,
and DOES 1–50,

    Defendants.
                                      /

No. C 10-04942 WHA

**ORDER RESCHEDULING HEARING**

The hearing set for March 8, 2012, will be rescheduled to **MARCH 15, 2012 AT 8:00 A.M.** in order to give the state judge an opportunity to rule on the pending motion to enforce the settlement agreement. Counsel shall immediately notify the Court of the state court judge's decision.

**IT IS SO ORDERED.**

Dated: March 6, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE