IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BESS KENNEDY, as Guardian Ad Litem for LaTanya Marie Session,<br><br>    Plaintiff,<br><br>  v.<br><br>MONTEREY BAY RESOURCES, INC., TY EBRIGHT, ANN EBRIGHT, CONTANZ FRIE, MATTHEW LOPEZ, and PLM LENDER SERVICES INC,<br><br>    Defendants.<br>                                      / | No. C 10-04942 WHA<br><br>**ORDER LIFTING PRÉCIS SYSTEM** |

A précis system was put in place in this action as a prerequisite to bringing motions because the undersigned judge was in a large-scale criminal trial. The trial has now ended. The précis system is hereby lifted and motions may now be brought without regard to seeking advanced permission. Counsel are still requested to take care to engage only in fruitful motion practice.

**IT IS SO ORDERED.**

Dated: August 8, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BESS KENNEDY, as Guardian Ad Litem for LaTanya Marie Session,<br><br>  Plaintiff,<br><br>  v.<br><br>MONTEREY BAY RESOURCES, INC., TY EBRIGHT, ANN EBRIGHT, CONTANZ FRIE, MATTHEW LOPEZ, and PLM LENDER SERVICES INC,<br><br>  Defendants.<br>                                                                    / | No. C 10-04942 WHA<br><br>**ORDER LIFTING PRÉCIS SYSTEM** |

A précis system was put in place in this action as a prerequisite to bringing motions because the undersigned judge was in a large-scale criminal trial. The trial has now ended. The précis system is hereby lifted and motions may now be brought without regard to seeking advanced permission. Counsel are still requested to take care to engage only in fruitful motion practice.

**IT IS SO ORDERED.**

Dated: August 8, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE