IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LATANYA MARIE SESSION,

    Plaintiff,

  v.

PLM LENDER SERVICES INC., MONTEREY BAY RESOURCES, INC., BETSY BLISS, GRAHAM STOKES, MICHAEL B. REINHOLD, WILLIAM S. CASSILLY, JULIE OAK, KENNETH M. KIMMEY, BLAKE CESARIN, LORELEI HELM, CHERYL M. HALEY, HOWARD EDDY, TY EBRIGHT, ANN EBRIGHT, CONTANZ FRIE, HOWARD J. LIM, REIKO K. LIM, MATTHEW LOPEZ, and DOES 1–50,

    Defendants.
                                             /

No. C 10-04942 WHA

**ORDER RE SETTLEMENT ON RECORD**

      The Court notes that this case was settled on October 23 at the settlement conference with Magistrate Judge Corley. Please take notice that all deadlines and hearings remain in place until a dismissal is filed.

**IT IS SO ORDERED.**

Dated: October 25, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE