**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BESS KENNEDY, as guardian *ad litem* for
LATANYA MARIE SESSION,

    Plaintiff,

v.

PLM LENDER SERVICES INC,
MONTEREY BAY RESOURCES, INC.,
BETSY BLISS, GRAHAM STOKES,
MICHAEL B. REINHOLD, WILLIAM
S. CASSILLY, JULIE OAK, KENNETH
M. KIMMEY, BLAKE CESARIN,
LORELEI HLEM, CHERYL M. HALEY,
HOWARD EDDY, TY EBRIGHT, ANN
EBRIGHT, CONTANZ FRIE, HOWARD
J. LIM, REIKO K. LIM, MATTHEW
LOPEZ, and DOES 1–50,

    Defendants.
                                            /

No. C 10-04942 WHA

**ORDER TO SHOW CAUSE**

On October 19, 2012, plaintiff Bess Kennedy as guardian *ad litem* for LaTanya Marie Session filed a motion for leave to file a second amended complaint. On October 30, plaintiff filed a notice of continuance of the hearing date. Local Rule 7-7 states that a continuance of a motion hearing date filed pursuant to that rule "does not extend the time for filing and serving the opposing papers or reply papers." Pursuant Local Rule 7-3, defendants' opposition or statement of non-opposition was due "not more than 14 days after the motion is served and filed." None was filed.

As stated in the order re settlement on record (Dkt. No. 131), until a dismissal is filed, all deadlines and hearings remain in place. Defendants are hereby **ORDERED TO SHOW CAUSE** why

the motion should not be granted for failure to oppose. A written response is due **BY NOON ON NOVEMBER 13, 2012**. The hearing set for December 13 shall remain in place.

**IT IS SO ORDERED.**

Dated: November 6, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2