IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BESS KENNEDY, as guardian *ad litem* for LATANYA MARIE SESSION,<br><br>    Plaintiff,<br><br>  v.<br><br>MONTEREY BAY RESOURCES, INC., TY EBRIGHT, ANN EBRIGHT, CONTANZ FRIE, MATTHEW LOPEZ, PLM LENDER SERVICES, INC., and DOES 1-50,<br><br>    Defendants. | No. C 10-04942 WHA<br><br>**ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED WITH PREJUDICE** |

On October 23, 2012, Magistrate Judge Jacqueline Scott Corley notified the undersigned judge that the case had settled completely (Dkt. No. 130). Since then, there has been no activity in the case. Both sides are hereby **ORDERED TO SHOW CAUSE AT 8 A.M. ON DECEMBER 13, 2012** why this case should not be dismissed with prejudice on account of the settlement.

**IT IS SO ORDERED.**

Dated: November 20, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE