IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BESS KENNEDY, as guardian *ad litem* for LATANYA MARIE SESSION,<br><br>Plaintiff,<br><br>v.<br><br>MONTEREY BAY RESOURCES, INC., TY EBRIGHT, ANN EBRIGHT, CONTANZ FRIE, MATTHEW LOPEZ, PLM LENDER SERVICES, INC., and DOES 1-50,<br><br>Defendants.<br>_____/ | No. C 10-04942 WHA<br><br>**ORDER CONTINUING HEARING DATE RE ORDER TO SHOW CAUSE AND MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT** |

The parties have filed a joint request to continue the hearing regarding the order to show cause why the action should not be dismissed with prejudice and the motion for leave to file a second amended complaint (Dkt. Nos. 129 and 135). In light of the parties' representations that the number of signatories to the global settlement agreement is over thirty, and that once the signatures are obtained, this action will be dismissed promptly, the request for a continuance is **GRANTED**. The hearing on the order to show cause and motion for leave to file is continued to January 3, 2013.

**IT IS SO ORDERED.**

Dated: December 11, 2012.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE