Joren S. Bass, State Bar No. 208143
JBass@perkinscoie.com
Jacqueline Young, State Bar No. 280374
JYoung@perkinscoie.com
PERKINS COIE LLP
Four Embarcadero Center, Suite 2400
San Francisco, CA  94111-4131
Telephone:  415.344.7000
Facsimile:  415.344.7050

Attorneys for Plaintiff
Bess Kennedy as Guardian *Ad Litem* for LaTanya Marie Session

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Bess Kennedy, as Guardian *Ad Litem* for LaTanya Marie Session,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>Monterey Bay Resources, Inc., Ty Ebright, Ann Ebright, Contanz Frie, Matthew Lopez, PLM Lender Services, Inc. and Does 1-50,<br><br>　　　　　　Defendants. | Case No. 10-cv-04942 WHA<br><br>**REQUEST FOR DISMISSAL OF ACTION AND [PROPOSED ORDER] GRANTING DISMISSAL** |

REQUEST FOR DISMISSAL AND [PROPOSED] ORDER GRANTING DISMISSAL
Case No. 10-cv-04942 WHA

**REQUEST FOR DISMISSAL**

Pursuant to Federal Rules of Civil Procedure 41(a)(2), Plaintiff Bess Kennedy as Guardian *Ad Litem for* LaTanya Marie Session hereby requests that the Court dismiss with prejudice the above-captioned action, and all claims and defendants, pursuant to the settlement agreement reached on October 23, 2012 and stated on the record.  The settlement agreement was thereafter formally reduced to a written agreement (the "Agreement").

Plaintiff further requests that the Court maintain jurisdiction over the action for the sole purpose of enforcing the terms of the Agreement, which enforcement may be sought by any party to the Agreement by filing an *Ex Parte* Application or Noticed Motion pursuant to the Federal Rules of Civil Procedure and the Local Rules of this Court.

DATED:  January 14, 2013              **PERKINS COIE LLP**

By: /s/ Jacqueline Young
   Jacqueline Young

Attorneys for Plaintiff
Bess Kennedy as Guardian *Ad Litem* for
LaTanya Marie Session

---

1
REQUEST FOR DISMISSAL AND [PROPOSED] ORDER GRANTING DISMISSAL
Case No. 10-cv-04942 WHA

# [PROPOSED] ORDER

Pursuant to the settlement agreement entered on the record and the request of Plaintiff, and for good cause showing,

**IT IS HEREBY ORDERED** that the request for dismissal is **GRANTED**:

1. The action and all claims and defendants are hereby dismissed with prejudice.

2. The Court will retain jurisdiction over the action for the sole purpose of enforcing the terms of the Agreement, which enforcement may be sought by any party to the Agreement by filing an *Ex Parte* Application or Noticed Motion pursuant to the Federal Rules of Civil Procedure and the Local Rules of this Court.

The Court will retain such jurisdiction only up to and including January 15, 2016.

Dated: __January 15, 2013._____   _____
Honorable William H. Alsup
United States District Judge



2
REQUEST FOR DISMISSAL AND [PROPOSED] ORDER GRANTING DISMISSAL
Case No. 10-cv-04942 WHA