**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BESS KENNEDY, as guardian ad litem for
LATANYA MARIE SESSION,

    Plaintiff,

  v.

MONTEREY BAY RESOURCES, INC., TY
EBRIGHT, ANN EBRIGHT, CONTANZ FRIE,
MATTHEW LOPEZ, PLM LENDER
SERVICES, INC., and DOES 1-50,

    Defendants.
                                      /

No. C 10-04942 WHA

**ORDER VACATING EVIDENTIARY HEARING**

In light of the order granting plaintiff's request for dismissal and dismissing this action (Dkt. No. 143), the evidentiary hearing scheduled for January 17 is **VACATED**.

**IT IS SO ORDERED.**

Dated: January 15, 2013.

                                            WILLIAM ALSUP
                                           UNITED STATES DISTRICT JUDGE