IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BESS KENNEDY, as guardian ad litem for LATANYA MARIE SESSION,<br><br>　　Plaintiff,<br><br>　v.<br><br>MONTEREY BAY RESOURCES, INC., TY EBRIGHT, ANN EBRIGHT, CONTANZ FRIE, MATTHEW LOPEZ, PLM LENDER SERVICES, INC., and DOES 1-50,<br><br>　　Defendants. | No. C 10-04942 WHA<br><br>**ORDER VACATING EVIDENTIARY HEARING** |

In light of the order granting plaintiff's request for dismissal and dismissing this action (Dkt. No. 143), the evidentiary hearing scheduled for January 17 is **VACATED**.

**IT IS SO ORDERED.**

Dated: January 15, 2013.

　　　　　　　　　　　　　　　　　　　　　　/s/ William Alsup
　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE