**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BESS KENNEDY, as guardian ad litem for
LATANYA MARIE SESSION,

    Plaintiff,

v.

MONTEREY BAY RESOURCES, INC., TY
EBRIGHT, ANN EBRIGHT, CONTANZ FRIE,
MATTHEW LOPEZ, PLM LENDER
SERVICES, INC., and DOES 1-50,

    Defendants.

No. C 10-04942 WHA

**JUDGMENT**

    For the reasons stated in the accompanying order granting plaintiff's request for dismissal, **FINAL JUDGMENT IS HEREBY ENTERED**. The Clerk **SHALL CLOSE THE FILE**.

    **IT IS SO ORDERED.**

Dated: January 15, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE